# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROBERT LEE HONG,**

    Plaintiff,

vs.                                               Case No. 4:10cv155-SPM/WCS

**WALTER McNEIL, et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner incarcerated within the Florida Department of Corrections, filed this civil rights case to challenge the food menu served to prisoners. Doc. 19. Plaintiff alleges the high level of soy in the food has caused him health problems which arose after implementation of the soy protein diet, and he claims his "symptoms are consistent with the symptoms associated with soy poisoning." *Id.* A service order was entered in September, doc. 21, and after service, Defendants filed a motion "to stay this proceeding and to require Plaintiff to execute authorization for release of medical records." Doc. 29. Defendants asserted they could not properly respond to Plaintiff's allegations without review of the Plaintiff's medical records. *Id.*, at 1. The motion was

granted on December 16, 2010, doc. 20, and the *pro se* Plaintiff filed a notice of compliance on February 3, 2011. Doc. 41.

On February 25, 2011, Defendants filed a motion for summary judgment. Doc. 44. Defendants have not yet filed an Answer to the third amended complaint, doc. 19. Plaintiff has objected to Defendants' filing of this motion without leave of court and prior to entry of an initial scheduling order. Doc. 45.

This day, I have denied Plaintiff's motion, but agree with Plaintiff that the motion was filed without leave of court. I recognize that no prejudice exists by the motion because Plaintiff is being given a discovery period in which to support his claims and oppose summary judgment. However, there is no need for a motion for summary judgment to be pending on the docket for many months while the parties engage in discovery. The motion was filed too soon.

Thus, absent some showing by Defendants that no discovery is needed, I recommend that the motion for summary judgment be denied without prejudice. Defendants may simply re-file the motion if they desire to do so after the conclusion of the discovery period which has been set by the scheduling order entered this day.

Defendants should also be directed to file an Answer to Plaintiff's third amended complaint within ten days of entry of the order adopting this report and recommendation.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendants' first motion for summary judgment, doc. 44, be **DENIED without prejudice** as being prematurely filed and not in accordance with the service order, doc. 21, ¶ 10, and that Defendants be **ORDERED** to file an Answer to the third amended complaint within ten

days of entry of the order adopting this report and recommendation, and this case be

**REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on March 14, 2011.

S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**