IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE HONG,

    Plaintiff,

vs.                                        CASE NO.: 4:10-cv-155-SPM-WCS

WALTER MCNEIL, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Second Report and Recommendation (doc. 53). The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 59) asserting that this case, challenging this high level of soy in the food served in prison, necessitates class certification and the appointment of counsel to represent the Plaintiff. Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Plaintiff is not and adequate class representative, that appointment of counsel is not warranted in this case, and that the Report and Recommendation is correct and should be adopted. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 53) is

*adopted* and incorporated by reference in this order.

2. Plaintiff's motion to certify this case as a class action and to appoint counsel (doc. 50) is ***denied.***

3. This case is remanded to the Magistrate Judge for further proceedings.

DONE AND ORDERED this <u>twenty-fourth</u> day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge
