IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE HONG,

    Plaintiff,

v.                                              Case No. 4:10cv155-SPM/WCS

WALTER MCNEIL, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 87) which recommends that Defendant's Motion for Summary Judgment (doc. 82) be granted. Plaintiff filed objections (doc. 89). Upon consideration, I have determined that the Report and Recommendation should be adopted despite Plaintiff's objections. Accordingly, it is

    **ORDERED AND ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 87) is **adopted** and incorporated by reference into this order; and

    2.    Defendant's Motion for Summary Judgment (doc. 82) is **granted**.

    3.    The Clerk is directed to enter judgment in favor of Defendant and

close this case.

**DONE AND ORDERED** this 16th day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge